IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RONA HATCHER, As Parent and Next
Friend of Child Doe, Minor PLAINTIFF**

**vs.**                          **CASE NO. 4:05CV934 GTE**

**JOHN SELIG, In His Official Capacity as
Director of the Arkansas Department of
Health and Human Services ("DHHS"); ARKANSAS
DEPARTMENT OF HEALTH AND HUMAN
SERVICES; AND THE LEARNING CENTER
OF NORTHEAST ARKANSAS, INC.     DEFENDANTS**

## ORDER GRANTING SUBSTITUTION OF PARTIES

Now before the Court is State Defendants' Motion to Substitute John Selig and the Arkansas Department of Health and Human Services for Kurt Knickerhm and the Arkansas Department of Human Services.

State Defendants' Motion is hereby granted. The Clerk of the Court is instructed to remove Kurt Knickerhm and the Arkansas Department of Human Services from the case and substitute John Selig and the Arkansas Department of Health and Human Services as defendants in this matter.

IT IS SO ORDERED.

Dated this 19th day of August, 2005.

                                       /s/ Garnett Thomas Eisele
                                       UNITED STATES DISTRICT JUDGE