FILED
U.S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 24 2006

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RONA HATCHER, As Parent and Next Friend of Child Doe, a Minor,<br><br>**Plaintiff**<br><br>vs.<br><br>JOHN SELIG, In His Official Capacity As Director of the Arkansas Health and Human Services ("DHHS"); ARKANSAS DEPARTMENT OF HEALTH AND HUMAN SERVICES; AND THE LEARNING CENTER OF NORTHEAST ARKANSAS, INC.,<br><br>**Defendants** | **JOINT STIPULATION FOR DISMISSAL**<br><br><br>**CASE NO. 4:05 CV 934 GTE** |

### JOINT STIPULATION FOR DISMISSAL

Now on this 19th day of July, 2006 comes now for the parties in the above styled cause and state that this matter has been fully resolved and, therefore, should be dismissed with prejudice.

IT IS THEREFORE BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that the above styled cause be dismissed with prejudice.

_Garnett Thomas Eisele_
United States District Court Judge

July 24, 2006

Approved As To Form and Substance:

_Theresa L. Caldwell_

Attorney for Plaintiff
5208 Kavanaugh, Suite 2
Little Rock, AR 72207
Phone: (501) 666-5226

*[signature]*

Sherri L. Robinson
Attorney for State Defendants
323 Center Street, Suite 1100
Little Rock, AR 72201
Phone: (501) 682-2007

*[signature]*

Laney McConnell
Attorney for The Learning Center of Northeast Arkansas, Inc.
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
Phone: (501) 688-8800